[No. 28824-9-II.   Division Two.   December 2, 2003.]

KEVIN E. MURPHY, ET AL., *Appellants*, v. LEWIS COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 01-2-00336-1, Gary Tabor, J., entered May 18, 2002. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.

[No. 28953-9-II.   Division Two.   December 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. LONNIE ECKLAS TENNANT, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 01-1-01175-5, James J. Stonier, J., entered June 18, 2002. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 29006-5-II.   Division Two.   December 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. BERNARD LYDELL SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-02090-5, Thomas Felnagle, J., entered July 8, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Bridgewater, J.

[No. 29338-2-II.   Division Two.   December 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. G.B. BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-1-00337-4, Gary Tabor and Wm. Thomas McPhee, JJ., entered September 17, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.